IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHANU CONSTRUCTION, INC., TAJUDIN MUKADAM, ALISON MUKADAM, MARC DONNOT, LISA DONNOT, MALCOLM LONG, KAREN LONG, KEVIN McGOVERN, KELLY McGOVERN,<br><br>Defendants. | CV 16-104-SPW-TJC<br><br>**ORDER EXTENDING DEADLINE FOR FILING OF DISMISSAL DOCUMENTS** |

Defendants' have filed an Unopposed Motion to Vacate Deadline for Filing of Dismissal Documents. (Doc. 27.) Defendants request an additional 21 days to finalize the settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that the deadline for filing of dismissal documents, currently scheduled for August 3, 2017, is VACATED. The parties shall file a stipulation for dismissal and submit to the Court a proposed order for dismissal on or before August 25, 2017, or show good cause for their failure to do so.

DATED this 4th day of August, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge