IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
SEP 0 5 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AHANU CONSTRUCTION, INC., TAJUDIN MUKADAM, ALISON MUKADAM, MARC DONNOT, LISA DONNOT, MALCOLM LONG, KAREN LONG, KEVIN MCGOVERN, and KELLY MCGOVERN,<br><br>Defendants. | CV 16-104-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation for Dismissal (Doc. 29), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 5th day of September, 2017.

Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1